UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.W. BURTON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>R.M. FOX, et al.,<br><br>　　　　Defendants. | No.  2:16-cv-1659 CKD P<br><br><br>ORDER |

On July 25, 2016, plaintiff was ordered to file a completed in forma pauperis application within thirty days and was cautioned that failure to do so would result in dismissal. The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed a completed application. Plaintiff has consented to this court's jurisdiction pursuant to 28 U.S.C. § 636(c) and Local Rule 302.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice, and the Clerk of Court shall close this case.

Dated:  September 7, 2016

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
burt1659.fifp