UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.W. BURTON,<br><br>          Plaintiff,<br><br>     v.<br><br>R.M. FOX, et al.,<br><br>          Defendants. | No. 2:16-cv-1659 CKD P<br><br><br>ORDER |

Plaintiff has filed a document the court construes as a request for an extension of time to file a notice of appeal regarding the September 7, 2016 dismissal of this case. Plaintiff asserts he requires an extension because he received late notice that this case had been dismissed.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time to file a notice of appeal (ECF No. 7) is granted.

2. Plaintiff is granted 14 days within which to file a notice of appeal. No further extensions will be granted. See Fed. R. App. P. 4(a)(5).

Dated: October 28, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/burt1659.noa